## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

|  |  |  |
|---|---|---|
| PETRA MATA, | ) | Case No.: 1:21-cv-03976 |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | Hon. Sunil R. Harjani |
|  | ) | Magistrate Gabriel A. Fuentes |
| DESLAURIERS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## JOINT STIPULATION FOR DISMISSAL

The Parties, Plaintiff Petra Mata and Defendant Deslauriers, Inc., hereby stipulate and

agree that this cause shall be dismissed in its entirety, with prejudice, pursuant to Federal Rule of

Civil Procedure 41, with each party to bear her/its own costs and attorneys' fees.


By: /s/*Thalia Pacheco*                                  By:  /s/ *Matthew DiCianni*
Attorney for Plaintiff                                         Attorney for Defendant

    David Fish                                              Melissa Siebert
    Thalia Pacheco                                        Matthew DiCianni
    Mara Baltabols                                        Cozen O'Connor
    Workplace Law Partners, PC                      123 N. Wacker Dr.
    155 N. Michigan Ave., Ste. 719                  18th Floor
    Chicago, IL 60601                                  Chicago, IL 60606
    312-861-1800                                        312-382-3100
    Dfish@fishlawfirm.com                             Fax: 312-382-8910
    TPacheco@fishlawfirm.com                       msiebert@cozen.com
    Mara@fishlawfirm.com                              mdicianni@cozen.com

-2-

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 21st day of October 2024, the foregoing Joint Stipulation for Dismissal was filed electronically with the Clerk of Court using the Court's CM/ECF system, which delivered electronic notification of such filing all counsel of record.

By: */s/ Thalia Pacheco*
One of the Attorneys for Plaintiff